# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| MELANIE INFINGER, Individually, § <br> and as Representative of § <br> the Estate of, CAITLYNNE § <br> GUAJARDO, decedent, and § <br> as Next Friend of, ALEXIS § <br> GUAJARDO, a minor, § <br> § <br>         Plaintiff, § <br> § <br> VS. § <br> § <br> HARRIS COUNTY, TEXAS § <br> § <br> JAMES CALLAN, § <br> COURTNEY ST. JULIAN, § <br> LISA PORTER § <br> DIANA OLVERA § <br> CHERYL DIGGS § <br> EVA FLORES § <br> LIONEL CASTRO § <br> JOHN BOONE § <br> CYNTHIA HENLEY § <br> CAROL CARRIER § <br> § <br> ALEX SALDAGO, § <br> RONNISHA BOWMAN, § <br> ERICA HUGHES, § <br> SHANNON BALDWIN, § <br> DAVID FLEISCHER, § <br> KELLEY ANDREWS, § <br> ANDREW WRIGHT, § <br> FRANKLIN BYNUM, § <br> TORIA FINCH, § <br> LEE HARPER WILSON, § <br> SEDRICK WALKER, II, § <br> GENESIS DRAPER, § <br> RAUL RODRIGUEZ, § <br> DAVID SINGER, § <br> TONYA JONES and § <br> DARRELL JORDAN, § <br> § <br>         Defendants. § | Civil Action No. 4:21-cv-02506 |

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff files her notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff Melanie Infinger, is an individual residing in Harris County, Texas, that brought suit in her individual capacity, as Representative of the Estate of her daughter Caitlynne Guajardo, decedent, and as Next Friend of her granddaughter Alexis Guajardo, a minor.

2. Defendant Harris County, Texas, is a county in the state of Texas.

3. Defendants James Callan, Courtney St. Julian, Lisa Porter, Diana Olvera, Cheryl Diggs, Eva Flores, Lionel Castro, John Boone, Cynthia Henley, Carol Carrier, are Harris County's Criminal Law Hearing Officers ("Magistrates"). Said magistrates were sued in their individual and official capacities.

4. Defendants, Alex Saldago, Ronnisha Bowman, Erica Hughes, Shannon Baldwin, David Fleischer, Kelley Andrews, Andrew Wright, Franklin Bynum, Toria Finch, Lee Harper Wilson, Sedrick Walker, II, Genesis Draper, Raul Rodriguez, David Singer, Tonya Jones and Darrell Jordan, are Harris County's Criminal Court at Law Judges ("HCCCL Judges"). Said HCCCL Judges were sued in their individual and official capacities.

5. On August 3, 2021, Plaintiff filed suit against said Defendants.

6. Defendants have not served an answer or a motion for summary judgment.

7. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

Respectfully submitted,

*/s/ Brian N. Mazzola*
Brian N. Mazzola
Texas State Bar No. 24037053
Mazzola Law Firm, PLLC
505 W. Lucas Drive
Beaumont, Texas 77706
(409) 898-0690 (Phone)
(409) 283-7970 (Fax)
bmazzola@mazzolalawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this the 29th day of October, 2021, a true and correct copy of the foregoing document was delivered to all counsel of record via the CM/ECF system and served by electronic notice to all parties of record.

*/s/ Brian N. Mazzola*
Brian N. Mazzola