UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELANIE INFINGER, ET AL, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02506 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

Plaintiff Melanie Infinger has filed a Notice of Dismissal as to all Defendants. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant have been **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 29th day of October, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE